**Order entered June 3, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00651-CV

## IN THE INTEREST OF R.M. AND R.M., CHILDREN

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-52721-07**

## ORDER

We **GRANT** appellant's June 1, 2015 motion to extend time to file docketing statement

and **ORDER** the docketing statement be filed no later than July 1, 2015.

/s/      CRAIG STODDART
        JUSTICE